```
 1  Jonathan D. Jaffe (SBN 99022)
    Jon.Jaffe@klgates.com
 2  Rachel Chatman (SBN 206775)
    Rachel.Chatman@klgates.com
 3  K&L GATES LLP
    4 Embarcadero Ctr., Suite 1200
 4  San Francisco, CA 94111
 5  Telephone:  (415) 882-8200
    Facsimile:  (415) 882-8220
 6
 7  Attorneys for Defendant
    Wachovia Mortgage
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIA NEBRE, | Case No. C-09-01239 JCS |
| Plaintiffs, | |
| v. | JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| Golden West Savings Association Service Company, WACHOVIA Mortgage, formerly known as World Savings Bank, F.S.B., and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

Joint Stipulation to Extend Time to Respond to Complaint
CASE NO.: C-09-01239 JCS

Printed on Recycled Paper

1  Plaintiff Nelia Nebre ("Plaintiff") and Defendant Wachovia Mortgage ("Wachovia"), by and
2  through their respective attorneys of record, hereby stipulate to allow Defendants an extension,
3  pursuant to L.R. 6-1(a) and 7-12, to answer or otherwise respond to the Complaint. Plaintiff and
4  Wachovia have agreed that Wachovia must file an answer or otherwise respond to the Complaint by
5  Monday, April 20, 2009.

7  Dated: March 30, 2009                K&L GATES LLP

9                                       By: _____
                                         Rachel Chatman
10                                       Attorneys for Defendants Wachovia Mortgage

12 Dated: March 30, 2009                LAW OFFICES OF OLLIE P. MANAGO

14                                      By: _____
                                         Ollie P. Manago
                                         Attorney for Plaintiff Nelia Nebre

17 Dated: March 31, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
Joint Stipulation to Extend Time to Respond to Complaint
CASE NO.: C-09-01239 JCS

Printed on Recycled Paper